**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

QUYEN BA NGUYEN,

Petitioner,

v.

FERETI SEMAIA, *et al*.,

Respondents.

Case No. 5:26-cv-02758-RAO

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: June 10, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE